# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

EDWARD FULTON,

    Plaintiff,

v.

SEATTLE CITY ATTORNEY,

    Defendant.

Case No. C13-2148-MJP

**ORDER OF DISMISSAL**

The Court reviewed plaintiff's proposed complaint (Dkt. No. 1), the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and Defendant's Objections to the Report and Recommendation (Dkt. No. 7). Defendant's Objections do not cure the deficiencies discussed in the Report and Recommendation. The Report and Recommendation states Plaintiff's claims are barred because they are against defendants who have immunity, and because they go directly to Plaintiff's conviction and sentence. (Dkt. No. 4 at 2-3.) Plaintiff's Objections do not address either of these issues. (Dkt. No. 7.) The Court agrees with the findings and conclusions in the Report and Recommendation.

The Court does hereby **ORDER**:

(1)     The Court adopts the Report and Recommendation;

(2)     The proposed complaint (Dkt. 1) is **DISMISSED** without prejudice;

ORDER OF DISMISSAL - 1

(3) Plaintiff's application to proceed in forma pauperis is **DENIED** as moot; and

(4) The Clerk of Court is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 31st day of December, 2013.

Marsha J. Pechman
Chief United States District Judge

ORDER OF DISMISSAL - 2